B. F. Lindheimer et al., appellees, v. William F. Boeger, appellant.  Gen. No. 32,518.

Opinion filed October 11, 1928.

Church, Haft, Robertson & Crowe, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellees; Henry S. Moser, of counsel.

Mr. Justice Barnes delivered the opinion of the court.